## THE MAHANOY.

### (District Court, S. D. New York. November 19, 1903.)

1. COLLISION—STEAM VESSELS MEETING—MUTUAL

   A collision occurred in New York Bay in the evening between the tug Lewis Pulver, which was going up the channel at a speed of 10 miles, and the Mahanoy, which was going down, on the westerly side of the channel, at a speed of 12 miles. The Pulver was going up the easterly side, but in passing another vessel got a heading to the westward, and at the time of collision was near the east side of the anchorage grounds. She gave a signal of two whistles, and continued her course and speed. The signal was not heard by the Mahanoy, which had no lookout, and which gave a signal of one whistle and ported. This signal was crossed by the Pulver, and both vessels continued their courses and speed until immediately before collision, when the Mahanoy reversed. *Held*, that both tugs were in fault; the Pulver primarily for being on the wrong side of the channel, and the Mahanoy for not having a lookout and not hearing the first signal, and both for proceeding at full speed after the cross-signals.

In Admiralty. Suit for collision.

James J. Macklin, for libellants.
Wheeler, Cortis & Haight, for claimant.

ADAMS, District Judge. This action arose out of a collision which occurred in New York Bay somewhat below Bedloe's Island, about 6:20 o'clock p. m. on the 28th of November, 1902, between the tug Lewis Pulver, owned by the libellants, and the tug Mahanoy, owned by the Easton & Amboy Railroad Company. The Mahanoy struck the Pulver, at about right angles on the starboard side, somewhat abaft amidships, and the latter was so injured by the blow that she sank in a few minutes.

The Pulver was proceeding from Staten Island to the easterly side of the North River, and the Mahanoy from Jersey City to Perth Amboy. Both were going at full speed, the Pulver about 10 miles an hour and the Mahanoy about 12 miles. There was a third tug upon the scene, the Dictator, with a barge in tow alongside, proceeding from the Kills to New York.

I find that the Pulver was going up the channel to the eastward of the centre and passed the Dictator, from starboard to port, a little time before the collision. In doing so, she got a heading to the westward, which at the time of the collision brought her very near the eastern line of the anchorage ground, and brought the Mahanoy, which was going down the channel on the westerly side, on the Pulver's starboard hand. The Pulver was then showing her green light

to the Mahanoy and the latter was showing her red light to the Pulver. In this situation, the Pulver blew a signal of two whistles to the Mahanoy, which was not heard. A little later the Mahanoy blew a signal of one whistle to the Pulver, and ported, to which the Pulver replied with a signal of two whistles. The Mahanoy then blew another signal of one blast and sheered further to starboard under her port wheel. Both boats kept going, the Pulver with an additional jingle for more speed, which order was obeyed in the engine room, but the collision came too quickly for any material increase of the Pulver's speed. The Mahanoy reversed but not until the vessels were in the jaws of the collision and without materially affecting her headway. The Pulver soon sank and the members of her crew were picked up by the Mahanoy and the Dictator.

It is evident that both of the colliding tugs were in fault for proceeding, notwithstanding the cross signals, without material diminution of speed, into the collision. The principal fault was with the Pulver in changing from the eastward to the westward side of the channel, but the absence of care on the Mahanoy, particularly in not hearing the Pulver's first signal, was a contributing fault. There was ample opportunity for the Mahanoy to determine what the Pulver was attempting to do and to avoid the collision by stopping and reversing, but she had no lookout, to which her remissness may be attributed.

Decree for half damages, with an order of reference.